**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul F. Mammay                                    CHAPTER 13

                    Debtor(s)

                                                         BKY. NO. 21-20839 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of CSMC 2018-RPL3 Trust and index same on the master mailing list.

                  Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
15 Apr 2021, 15:55:44, EDT

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com