IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Paul F. Mammay | : | Case No. 21-20839-JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | Related to Document |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Paul F. Mammay | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

## WITHDRAWAL OF MOTION TO COMPEL DEBTOR(S) TO PROVIDE AFFIDAVIT OR OTHER SWORN STATEMENT REVEALING ORIGIN OF NON-SPECIFIC LUMP SUM PAYMENT

The Motion that was filed in the above-referenced case on January 20, 2022 (document #37) is hereby WITHDRAWN. Trustee withdraws her Motion to Compel reliance on the response to the Motion filed at Doc 39. The hearing scheduled for February 16, 2022 is canceled.

2/10/2022                                   /s/ Owen W. Katz
                                            Owen W. Katz, PA I.D. 36473
                                            Attorney for Chapter 13 Trustee
                                            US Steel Tower, Suite 3250
                                            600 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 471-5566
                                            Email: okatz@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Paul F. Mammay | : | Case No. 21-20839-JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | Related to Document |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Paul F. Mammay | : | |
| | : | Hearing Date |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Paul F. Mammay
162 East Wedgewood Drive
Pittsburgh, PA  15229

Dennis J. Spyra, Esquire
119 First Avenue
Pittsburgh, PA 15222


2/10/22
Date

/s/ Rosa M. Richard
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566