IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20839-JAD |
| | : | Chapter 13 |
| Paul F. Mammay, | : | |
|       Debtor, | : | |
| | : | |
| Paul F. Mammay, | : | Related to Document Nos. 45, 46 |
|       Movant, | : | |
| | : | |
|       v. | : | Hearing Date and Time: |
| | : | March 30, 2022 at 10:00 a.m. |
| Select Portfolio Servicing and Ronda J. Winnecour, Trustee, | : | |
|       Respondents. | : | |

**CERTIFICATE OF SERVICE OF MOTION OF PAUL F. MAMMAY TO TERMINATE LOSS MITIGATION AND NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE**

    I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on March 1, 2022.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:

| | |
|---|---|
| Select Portfolio Servicing<br>Attn: Timothy J. O'Brien, President/CEO<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | Paul F. Mammay<br>162 East Wedgewood Drive<br>Pittsburgh, PA 15229 |

Service by NEF:

| | |
|---|---|
| Office of the U.S. Trustee<br>1001 Liberty Avenue<br>Liberty Center, Suite 970<br>Pittsburgh, PA 15222 | Ronda J. Winnecour, Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

EXECUTED ON: <u>March 1, 2022</u>      By:    /s/ Dennis J. Spyra, Esq.
                                                                     Dennis J. Spyra & Associates
                                                                     1711 Lincoln Way
                                                                       White Oak, PA 15131
                                                                       (412) 673-5228
                                                                       attorneyspyra@dennisspyra.com
                                                                       PA I.D. # 46188

**PAWB Local Form 7 (07/13)**