**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAUL F. MAMMAY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-20839 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/08/2021 and confirmed on 12/13/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 35,400.00 |
| Less Refunds to Debtor | 25,515.62 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,884.38 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,500.00 | |
| Trustee Fee | 924.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,424.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| CSMC 2018-RPL3 TRUST<br>Acct: 6569 | 0.00 | 0.00 | 0.00 | 0.00 |
| CSMC 2018-RPL3 TRUST<br>Acct: 6569 | 0.00 | 3,731.65 | 0.00 | 3,731.65 |
| CSMC 2018-RPL3 TRUST<br>Acct: 6569 | 58,991.35 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF ROSS (RE)<br>Acct: 49D6 | 277.29 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF ROSS (RE)<br>Acct: 49D6 | 49.28 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF ROSS - SEWAGE<br>Acct: 49D6 | 1,049.14 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF ROSS - SEWAGE<br>Acct: 49D6 | 285.14 | 0.00 | 0.00 | 0.00 |
| NORTH HILLS SD (ROSS) (RE)<br>Acct: 49D6 | 1,789.41 | 0.00 | 0.00 | 0.00 |
| NORTH HILLS SD (ROSS) (RE)<br>Acct: 49D6 | 382.38 | 0.00 | 0.00 | 0.00 |

| 21-20839 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 49D6 | | | | |
| | | | | 3,731.65 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL F. MAMMAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL F. MAMMAY | 25,515.62 | 25,515.62 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 129.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1847 | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
| ALLEGHENY COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,326.77 | 1,326.77 | 0.00 | 1,326.77 |
| Acct: 8924 | | | | |
| PA DEPARTMENT OF REVENUE* | 5.65 | 5.65 | 0.00 | 5.65 |
| Acct: 1847 | | | | |
| DUQUESNE LIGHT COMPANY* | 396.31 | 396.31 | 0.00 | 396.31 |
| Acct: 0919 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,728.73 |

TOTAL PAID TO CREDITORS                                                                                                          5,460.38

```
TOTAL CLAIMED
 PRIORITY              129.54
 SECURED            62,823.99
 UNSECURED           1,728.73
```

Date: 06/09/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com