IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20839-JAD |
| | : | Chapter 13 |
| Paul F. Mammay, | : | |
|       Debtor, | : | |
| | : | Document No. |
| Paul F. Mammay, | : | |
|       Movant, | : | |
| | : | |
|     v. | : | Hearing Date and Time: |
| | : | July 6, 2022 at 10:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|       Respondent. | : | |

**CERTIFICATE OF SERVICE OF MOTION OF DEBTOR, PAUL F. MAMMAY, FOR TURNOVER OF FUNDS IMPROPERLY PAID BY CHAPTER 13 TRUSTEE TO UNSECURED CREDITORS AND NOTICE OF HEARING AND RESPONSE DEADLINE**

I certify under penalty of perjury that I served the above-captioned pleadings on the parties at the addresses specified below or on the attached list on June 9, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: see below.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Service by First-Class Mail:
Paul F. Mammay
162 East Wedgewood Drive
Pittsburgh, PA 15229

Service by NEF:

| | |
|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour |
| 1001 Liberty Avenue | Suite 3250 USX Tower |
| Liberty Center, Suite 970 | 600 Grant Street |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |

| | | |
|---|---|---|
| EXECUTED ON: June 9, 2022 | By: | /s/ Dennis J. Spyra, Esq. |
| | | Dennis J. Spyra & Associates |
| | | 3265 Long Hollow Road |
| | | Elizabeth, PA 15037 |
| | | (412) 673-5228 |
| | | attorneyspyra@dennisspyra.com |
| | | PA I.D. # 46188 |

**PAWB Local Form 7 (07/13)**