FILED
6/10/22 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No. 21-20839-JAD |
| PAUL F. MAMMAY | | |
| Debtor | : | Adversary No. |
| | : | |
| | : | Related to Docket No. 49 |
| | : | |
| | : | Expedited Request |
| | : | |

## NOTICE OF TRANSCRIPT ORDER
## WITH COMPLETION DATE

Hon. Jeffery A. Deller has ordered transcript(s) for hearings held on the date(s) listed below:

    March 16, 2022.

The transcript is being prepared by Huseby Global Litigation. The estimated completion for this transcript is June 17, 2022.

                              Michael R. Rhodes, Clerk
                              United States Bankruptcy Court

Date: 6/10/2022                        By:      /s/ Hayley Smith
                                                 ECRO

#61-M